**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 23-2187**

─────────────

JON'TA HAMPTON-BEY,

        Plaintiff - Appellant,

     v.

BLOWING ROCK POLICE DEPARTMENT; JONATHAN HAYES,

        Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Kenneth D. Bell, District Judge.  (5:23-cv-00028-KDB-SCR)

─────────────

Submitted:  April 18, 2024                                                    Decided:  April 19, 2024

─────────────

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Jon'ta Hampton-Bey, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jon'ta Hampton-Bey appeals the district court's order granting summary judgment to the defendants in Hampton-Bey's civil rights action. Liberally construing Hampton-Bey's arguments, he contends that the district court lacked authority over him because he is Moorish American. This contention is patently frivolous. *See Bey v. Indiana*, 847 F.3d 559, 561 (7th Cir. 2017) (rejecting as baseless claim "that as a result of eighteenth-century treaties the United States has no jurisdiction over its Moorish inhabitants"). Accordingly, we affirm. *Hampton-Bey v. Blowing Rock Police Dep't*, No. 5:23-cv-00028-KDB-SCR (W.D.N.C. Nov. 6, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*